UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| James R. Atkins and Linda M. Atkins, <br><br> Plaintiffs, <br><br> v. <br><br> Board of Trustees of the Hanford Employee Welfare Trust; Washington Closure Hanford, LLC; Mission Support Alliance, LLC; and Todd Beyers, <br><br> Defendants. | No. 4:17-CV-5044-EFS <br><br> **ORDER DISMISSING CASE** |

On June 29, 2017, the parties filed a stipulated dismissal, ECF No. 10 . Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

1. The parties' Joint Stipulation of Dismissal, **ECF No. 10**, is **GRANTED.**
2. All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorney fees.
3. All hearings and other deadlines are **STRICKEN.**
4. The Clerk's Office is directed to **CLOSE** this file.

///
//
/

ORDER DISMISSING CASE - 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this  7th  day of July 2017.

s/Edward F. Shea<br>
EDWARD F. SHEA<br>
Senior United States District Judge

Q:\EFS\Civil\2017\5044.Atkins.ord.stip.dismiss.lc02.docx

ORDER DISMISSING CASE - 2